IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| J.A. CASTRO,                                    § | | |
|        Plaintiff,                     § | | |
|                                                  § | | |
| VS.                                                    § | | Case No. 4:23-cv-00613-P-BJ |
|                                                  § | | |
| JOHN DOE 1 (a.k.a. "CHETSFORD"), *et al.*   § | | |
|        Defendants,                 § | | |

### MOTION TO RECONSIDER BY DEFENDANT
### JOHN DOE 1 ("Chetsford")

Defendant John Doe 1, aka Chetsford, moves for reconsideration of this Court's electronic order, docketed on September 19, 2023, granting Plaintiff leave to take early discovery concerning the identity of John Doe 1 (Doc. 21).[1] John Doe 1 further moves that, upon reconsideration, this Court vacate said order and deny Plaintiff's motion for early discovery.

Respectfully submitted,

*/s/ Anne Marie Mackin*
Anne Marie Mackin
Texas Bar No. 24078898
The Gober Group

---

[1] John Doe 1 appears here by counsel, as anonymous defendants not infrequently do in similar circumstances. *E.g.*, *Art of Living Foundation v. Does 1-10*, 2011 U.S. Dist. LEXIS 129836, at *4 (N.D. Cal. Nov. 9, 2011); *Sandoval v. Doe*, 591 F. Supp. 3d 7, 9 (E.D.N.C. 2022). John Doe 1 appears solely for the purpose of challenging the Court's September 19 Order on the ground that the Court lacks subject matter jurisdiction. John Doe 1 has not been served with process, and does not waive but instead expressly reserves the right to assert any defense or argument in the future, including without limitation jurisdictional defenses and arguments.

        14425 Falcon Head Blvd.
        Building E-100, Suite 226
        Austin TX 78738
        Telephone: (512) 354-1785
        Fax: (877) 437-5755
        amackin@gobergroup.com

        Michael E. Rosman
        (pro hac vice motion forthcoming)
        Center for Individual Rights
        1100 Connecticut Ave., Suite 625
        Washington, D.C. 20036
        telephone: (202) 833-8400
        fax: (202) 833-8410
        rosman@cir-usa.org


        Attorneys for John Doe 1 (Chetsford)


**Certificate of Conference**

      Pursuant to Local Rule 7.1(a), I hereby certify that on October 3, 2023, I conferred with Plaintiff regarding this motion via email, and Plaintiff indicated that he is OPPOSED to this motion.


        Respectfully submitted,


        */s/ Anne Marie Mackin*
        Anne Marie Mackin
        Texas Bar No. 24078898
        Attorney for John Doe 1 (Chetsford)