IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| J.A. CASTRO,<br>    Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-613-P |
| | § § | |
| JOHN DOE 1, ET AL.,<br>    Defendants. | § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Pending before the Court is Defendant John Doe 1, aka Chetsford's motion to proceed without local counsel [doc. 26] ("Motion"). Having considered the Motion, the Court finds that it is well-taken and should be and hereby is **GRANTED**. John Doe 1's counsel is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). The Court further advises that if proceeding without local counsel disrupts this litigation or otherwise results in failure to comply with the rules of this Court, John Doe 1 will be required to immediately obtain local counsel.

SIGNED November 7, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE