IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| J.A. CASTRO,<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-613-P |
| JOHN DOE 1, ET AL.,<br>    Defendants. | § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pending before the Court is Plaintiff's Amended Motion for Leave to File Amended Complaint [doc. 31] ("Motion"), filed November 6, 2023. In Plaintiff's Motion, he suggests to the Court that it *sua sponte* impose sanctions on opposing counsel. The Court declines to do so. Further, the Court reminds Plaintiff that service of summons must be complete by Wednesday, December 13, 2023. Any Defendant who has not been served by that date shall be dismissed from this case.

Based on the foregoing, it is **ORDERED** that Plaintiff's Amended Motion for Leave to File Amended Complaint [doc. 31] is **GRANTED**.

It is further **ORDERED** that Plaintiff shall file his Third Amended Complaint **no later than November 14, 2023.** Plaintiff's Third Amended Complaint shall comply with the pleading requirements of Federal Rule of Civil Procedure ("Rule") 8(a), as explained and clarified by the Supreme Court in *Bell Atlantic v. Twombly*, 550 U.S. 544, 555 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662, 677-78 (2009), and the Local Civil Rules of the U.S. District Court for the Northern District of Texas.

SIGNED November 7, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE